Jane W. Stebbins, OSB 144376
Email: jane@stebbinsandcoffey.com
Stebbins & Coffey
P.O. Box 1006
North Bend, OR 97459
Tel. 541.756.2066
Facsimile 541.756.2060
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **JULIA WARD,** | Civil No.: 1:15-cv-02242-CL |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF DISMISSAL** |
| **CURRY HEALTH DISTRICT,** | |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties hereby stipulate that this case is dismissed with prejudice, without costs or attorneys' fees to any party and with no right of appeal.

//

//

//

**IT IS SO ORDERED** this action is hereby dismissed with prejudice and without costs to any party.

DATED this 9 day of January, 2017.

_____
Judge Mark D. Clarke

IT IS SO STIPULATED:

Dated: January 9, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

STEBBINS & COFFEY

By: s/Kelly Riggs
Kelly Riggs, OSB #094862
Kelly.riggs@ogletreedeakins.com
Of Attorneys for Defendant

By: s/Jane Stebbins
Jane W. Stebbins, OSB #144376
jane@stebbinsandcoffey.com
Of Attorney for Plaintiff